**Milka Mirich by Nicholas Mirich, appellee, v. T. J. Forschner Contracting Company, appellant. Gen. No. 26,391.**

Action by a minor by her next friend for personal injuries consisting of the loss of fingers crushed by the wheels of defendant's train. Verdict and judgment for plaintiff. Appeal from the Circuit Court of Cook county; the Hon. Oscar M. Torrison, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1920. Reversed with finding of facts. Opinion filed October 4, 1921. Rehearing denied October 17, 1921.

Edward D. Pomeroy and Henry T. Martin, for appellant. Charles C. Spencer and Frank A. Rockhold, for appellee.

Mr. Justice Morrill delivered the opinion of the court.

---

**Rosa Blumenthal, appellee, v. Harry Dan, appellant. Gen. No. 26,418.**

Action of forcible detainer. Judgment for plaintiff upon a directed verdict. Appeal from the Municipal Court of Chicago; the Hon. Harry C. Moran, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1920. Affirmed. Opinion filed October 4, 1921.

Morris Frisch, for appellant. Jacob Brisgall, for appellee.

Mr. Justice Morrill delivered the opinion of the court.

---

**Bernstein Furniture Company, appellant, v. Mrs. Terrence Bannon, appellee. Gen. No. 26,456.**

Action of replevin to recover possession of a refrigerator and a couch and mattress. Finding and judgment for plaintiff as to the couch and mattress and against plaintiff as to the refrigerator, from which plaintiff appeals. Appeal from the Municipal Court of Chicago; the Hon. C. F. McKinley, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1920. Reversed and remanded. Opinion filed October 4, 1921.

Schoenbrod & Rosengard, for appellant. No appearance for appellee.

Mr. Justice Morrill delivered the opinion of the court.

---

**Louis Bloom by Morris Bloom, appellee, v. Michael Bottigliero, appellant. Gen. No. 26,486.**

Judgment for plaintiff. Assignments of error not considered because all contained in the bill of exceptions which was stricken. Appeal from the Superior Court of Cook county; the Hon. John J. Sullivan, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1920. Affirmed. Opinion filed October 4, 1921. Rehearing denied October 17, 1921. *Certiorari* denied by Supreme Court (making opinion final).

T. Fred Laramie, for appellant; Fred W. Story of counsel. Adler, Lederer & Beck, for appellee.

Mr. Justice Morrill delivered the opinion of the court.